1  ARMAND FLOREZ
   8141 ORION AVE
2  VAN NUYS CA. 91406
3     IN PRO-SE.

4
5
6
7
8           IN THE UNITED STATES DISTRICT COURT
9        FOR THE NORTHERN DISTRICT OF CALIFORNIA
10 ARMAND FLOREZ              CASE NO: CV-07-5763 TEH (PR)
11      Plaintiff             Civil L.R. 3-11 (a)
12 vs.                        NOTICE OF Change of Address
13 ARNOLD Schwarzenegger
   (Governor of California) et. al..
14
15    Defendants
16      IN the United STATES DISTRICT COURT For the Northern
17 District Court of California. As in caption Above.
18      Mr. Armand Florez As Plaintiff in Pro-se move to Give notice
19 of Change of Address.
20      NEW ADDRESS is.
21           Armand Florez
22           8141 ORION AVE
              Van Nuys CA. 91406
23
24                    Respectfully submit
25
   1-30-08                    _____
26   Date:                    Armand Florez / In Pro-se.
27
28

1  Armand FLOREZ
2  8141 ORION AVE
   VAN NUYS CA. 91406
3    IN Pro-se.



8           UNITED STATES DISTRICT COURT
9      FOR THE NORTHERN DISTRICT OF CALIFORNIA

11  Armand Florez              CASE NO# CV-07-5763 TEH (PR)
12      Plaintiff              Civil L.R. 3-11(e).
13  VS.                        NOTICE OF CHANGE OF Address
14  ARNOLD SCHWARZENEGGER
    ( Governor of CALIFORNIA ), et al..

17      IN the United STATES DISTRICT COURT FOR THE NORTHERN
18  DISTRICT OF CALIFORNIA, As in caption above.
19      Mr. Armand Florez As Plaintiff in Pro-se move to give notice
20  of Change of Address.
21      NEW ADDRESS IS:
22          Armand Florez
23          8141 ORION AVE
24          VAN NUYS CA. 91406
25                          Respectfully submit
26
27  1-30-08.                   _____
28  Date                       Armand Florez / In Pro-se

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES

(C.C.P. SEC. 466 & 2015.5; 28 U.S.C. SEC. 1746)

I, __Armand Florez__ declare under penalty of perjury that: I am the __Plaintiff__ in the above entitled action; I have read the foregoing documents and know the contents thereof and the same is true of my own knowledge, except as to matters stated therein upon information, and belief, and as to those matters, I believe they are true.

Executed this __30th__ day of __January__, 20__08__, at __Van Nuys, California__

(Signature)_____
DECLARANT/PRISONER

---

PROOF OF SERVICE BY MAIL
(C.C.P. SEC 1013(a) & 2015.5; 28 U.S.C. SEC. 1746)

I, __Armand Florez__, am a resident of California, in the County of __Los Angeles__ State of California; I am over the age of eighteen (18) years and am/am not a party of the above entitled action. My address is: __8141 Orion Ave Van Nuys CA. 91406__

On __30th of January__, 20 __08__, I served the foregoing: __Case No# CV-07-5763 TEH (PR) Civil L.R. 3-11(a), Notice of Change of Address.__

(Set forth exact title of document(s) served)

On the party(s) herein by placing a true copy(s) thereof, enclosed in sealed envelope(s), with postage thereof fully paid, in the United States Mail,

| To Clerk of the United States District Court for the Northern District of California 450 Golden Gate Avenue, P.O. Box 36060 San Francisco Calif. 94102 | Attorney General Office 455 Golden Gate Ave Suite 11000 San Francisco CA. 94102-3664 |
|---|---|

(List parties served)

There is delivery service by United States Mail at the place so addressed, and/or there is regular communication by mail between the place of mailing and the place so addressed.

---

I declare under penalty of perjury that the foregoing is true and correct.

DATED: __30th of Janu, 20 08__, _____
DECLARANT/PRISONER



Armand Florez K65387
B55W - #5B7
8141 Orion Ave
Van Nuys, CA. 91406

To Clerk of the United States District Court
For the Northern District of California
450 Golden Gate Avenue
Box 36060
San Francisco, CA. 94102

Legal Mail
Certain 15:13141 (c)