1  Armand Florez
   P.O. Box 2022
2  North Hills CA. 91343-2022
   In Pro-se.


FILED
08 MAR -3 PM 1:44

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

10  Armand Florez          CASE NO# CV-07-5763 TEH (PR)
11     Plaintiff           NOTICE OF CHANGE OF ADDRESS
12  Vs                     Civ. LR 3-11(a).
13  Arnold Schwarzenegger
14  Calif. Governor and et.al...
       Defendants

   In the United States District Court, Northern District of California.

   Plaintiff move to give Notice of Change of address. Plaintiff new address is:

   Armand Florez
   P.O. Box 2022
   North Hills Calif. 91343-2022.

   My the court make correction on Plaintiff new address.

                           Respectfully submit.

   28th of February 2008.

   Date: 2-28-08           Armand Florez - Plaintiff in Pro-se.

CASE NO# CV-07-5763 TEH (PR)

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES.

(C.C.P. SEC. 466 & 2015.5; 28 U.S.C. SEC. 1746)

I, Armand Florez, declare under penalty of perjury that: I am the Plaintiff in the above entitled action; I have read the foregoing documents and know the contents thereof and the same is true of my own knowledge, except as to matters stated therein upon information, and belief, and as to those matters, I believe they are true.

Executed this 28 day of February, 20 08, at North Hills CALIFORNIA.

(Signature) _____
DECLARANT/PRISONER

---

PROOF OF SERVICE BY MAIL
(C.C.P. SEC 1013(a) & 2015.5; 28 U.S.C. SEC. 1746)

I, Armand Florez, am over the age of eighteen (18) years and am/am not a party of the above entitled action. My address is P.O. BOX 2622, North Hills CA. 91343-2622.

On 28th of February, 20 08, I served the foregoing: CASE NO# CV-07-5763 TEH (PR) CIVIL L.R. 3-11(a). NOTICE OF CHANGE OF Address.

(Set forth exact title of document(s) served)

On the party(s) herein by placing a true copy(s) thereof, enclosed in sealed envelope(s), with postage thereof fully paid, in the United States Mail,

| Clerk of the United States District Court for the Northern District of California 450 Golden Gate Avenue P.O. Box 36060 San Francisco CA. 94102 | Attorney General Office 455 Golden Gate Ave Suite 11000 San Francisco CA. 94102-3664 |

(List parties served)

There is delivery service by United States Mail at the place so addressed, and/or there is regular communication by mail between the place of mailing and the place so addressed.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 2-28-, 20 08, _____
DECLARANT/PRISONER