IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ARMAND FLOREZ,  )
        Plaintiff,  )  No. C 07-05763 TEH (PR)
  v.  )
          )  ORDER DENYING LEAVE TO
          )  PROCEED *IN FORMA*
ARNOLD SCHWARZENEGGER, et al.,  )  *PAUPERIS* WITHOUT PREJUDICE
        Defendants.  )  (Docket Nos. 3 & 6)

      Plaintiff has filed an application for leave to proceed in forma pauperis under 28 U.S.C. § 1915 (Docket Nos. 3 & 6). Although he was in prison at the time he filed this action, Plaintiff has since been paroled. The installment plan mentioned in 28 U.S.C. § 1915(b) for in forma pauperis prisoners does not apply to the now unincarcerated Plaintiff. Accordingly, Plaintiff's request (Docket Nos. 3 a& 6) are DENIED without prejudice. Plaintiff must submit the attached in forma pauperis application for non-prisoners in order for the Court to rule on Plaintiff's pauper status to proceed in this action.

      Plaintiff must file the attached application no later than **thirty (30) days** from the date this order is filed. Failure to comply with the Court's order in the time provided will result in the dismissal of this action without further notice to Plaintiff.

SO ORDERED.

DATED: 03/31/08

THELTON E. HENDERSON
United States District Judge