UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ARMAND FLOREZ,

       Plaintiff,

  v.

ARNOLD SCHWARZENEGGER et al,

       Defendant.

Case Number: CV07-05763 TEH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 31, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Armand Florez
P.O. Box 2022
North Hills, CA 91343-2022

Dated: March 31, 2008

Richard W. Wieking, Clerk
By: R.B. Espinosa, Deputy Clerk