1  Armand Florez
2  P.O. Box 2022
   North Hills Calif. 91393-2022
3  In Pro-se.

FILED
APR 17 PM 1:30
[illegible district court stamp]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Armand Florez   Plaintiff,  )
                            )   CASE NO. C07-05763 Teh (PR)
        vs.                 )
                            )   APPLICATION TO PROCEED
ARNOLD SCHWARZENEGGER, et.  )   **IN FORMA PAUPERIS**
al..                        )   (Non-prisoner cases only)
        Defendants.         )

I, Armand Florez, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed?   Yes ___   No ✗

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: __Not Appliable (N/A)__   Net: __N/A)__
Employer: __N/A__
__N/A__

If the answer is "no," state the date of last employment and the amount of the gross and net salary and

APP. TO PROC. IN FORMA
PAUPERIS, Case No._____          - 1 -

1 | wages per month which you received.
2 | _back in approxi. 1987. min. wage. 2.10 hour's approxi. 16.80 $ day,_
3 | _84.00 a week, 336 per month without Tax ior deducation._
4 | _All these Accounts are done in approximately and over 20 years ago_ approxi.
5 | 2. Have you received, within the past twelve (12) months, any money from any of the following
6 | sources:
7 |     a. Business, Profession or      Yes ___ No _X_
8 |        self employment
9 |     b. Income from stocks, bonds,      Yes ___ No _X_
10 |        or royalties?
11 |     c. Rent payments?      Yes ___ No _X_
12 |     d. Pensions, annuities, or      Yes ___ No _X_
13 |        life insurance payments?
14 |     e. Federal or State welfare payments,      Yes _X_ No ___
15 |        Social Security or other govern-
16 |        ment source?
17 | If the answer is "yes" to any of the above, describe each source of money and state the amount
18 | received from each. _Plaintiff is on County Aid. General Relief and for the months_
19 | _of 3-07-2008. G.R. pay # 290.00 and 160.00 in Food Stamps. And housing_
20 | _Voucher were issued. And State money and coate money approxi. $200 00_
21 | _was spend getting to parolee office and no reimbursement issued._
21 | 3. Are you married?      Yes ___ No _X_
22 | Spouse's Full Name: _N/A_
23 | Spouse's Place of Employment: _N/A_
24 | Spouse's Monthly Salary, Wages or Income:
25 | Gross $ _N/A_ Net $ _N/A_
26 | 4. a. List amount you contribute to your spouse's support: $ _N/A_
27 |     b. List the persons other than your spouse who are dependent upon you for support and
28 |        indicate how much you contribute toward their support. (NOTE: For minor children,

APP. TO PROC. IN FORMA
PAUPERIS, Case No._____      - 2 -

| | |
|---|---|
| 1 | list only their initials and ages. DO NOT INCLUDE THEIR NAMES.). |
| 2 | N/A |
| 3 | |

4. 5. Do you own or are you buying a home?  Yes ___ No X

5. Estimated Market Value: $ N/A   Amount of Mortgage: $ N/A

6. 6. Do you own an automobile?  Yes ___ No X

7. Make N/A   Year N/A   Model N/A

8. Is it financed? Yes ___ No X   If so, Total due: $ N/A

9. Monthly Payment: $ NONE

10. 7. Do you have a bank account? Yes ___ No X (Do not include account numbers.)

11. Name(s) and address(es) of bank: N/A

12. N/A

13. Present balance(s): $ N/A

14. Do you own any cash? Yes ___ No X  Amount: $ N/A

15. Do you have any other assets? (If "yes," provide a description of each asset and its estimated market

16. value.) Yes ___ No X

17. 

18. 8. What are your monthly expenses?

19. Rent: $ STORAGE $71.02   Utilities: N/A

20. Food: $ $160.²   Clothing: Approxi. 200.²²

21. Charge Accounts:

22. Name of Account        Monthly Payment        Total Owed on This Account

23. N/A     $ N/A     $ N/A

24. N/A     $ N/A     $ N/A

25. N/A     $ N/A     $ N/A

26. 9. Do you have any other debts? (List current obligations, indicating amounts and to whom they

27. are payable. Do not include account numbers.)

28. Not at the moment.

APP. TO PROC. IN FORMA

PAUPERIS, Case No. _____          - 3 -

1

2  10.  Does the complaint which you are seeking to file raise claims that have been presented in other

3  lawsuits?  Yes___  No _X_

4  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which

5  they were filed. The First Lawsuit File in the U.S. Eastern District Court. Name
of case & Case NO#, are unknown. due to retaliation by Mule Creek

6

7  State Prison Officials whom has maliciously Confiscated All Plaintiff
see Line "13" to continue.

8  I declare under the penalty of perjury that the foregoing is true and correct and understand that a false

9  statement herein may result in the dismissal of my claims.

10

11  4/14/08                              [signature]

12        DATE                         SIGNATURE OF APPLICANT

13  Continue from Line 6.

14  legal Papers & Recorder to this Case in order to Interfer and Obstruct with these Proceding.

15  Second Lawsuit File in the U.S. Eastern District. Case Name(s)
Armand Florez Vs California of Corrections and et.al.. Case NO#

16  CV S01-1986 LKK PAN .P .

17  Third lawsuit File in U.S. Northern District Court. Case Name(s)
Armand Florez Vs Schwarzenegger and et.al. Case NO# CV-07-5763

18  TEH (PR).

19  Fourth Lawsuit File in U.S. Northern District Court. Case Name(s).
Armand Florez Vs Schwarzenegger and et.al.. Case NO#

20  C08-0011 TEH (PR).

21

22

23

24

25

26

27

28

APP. TO PROC. IN FORMA

PAUPERIS, Case No.____                    - 4 -

<u>CERTIFICATE OF SERVICE</u>

1 | DECLARATION OF SERVICE BY U.S. MAIL

2 | I, Armand Florez, hereby certify that I am a citizen of the United States, I am over the age of 18 years and I am a party
3 | to the attached listed below cause of action.
  | I am currently _____ at and my mailing address is:
4 | P.O. BOX 2022 North Hills California 91393-2022.

5 | I further certify that on April 14 2008, __, I personally served a true and correct copy of the listed below:
6 |

7 | CASE: NO # C07-05763 TEH (PR)
8 | Application to Proceed In Forma Pauperis
  | (Non-Prisoner Cases only)
9 |

10 | On the following parties:

11 | Office of the Clerk. U.S. District Court
12 | Northern District of California
    | 450 Golden Gate Avenue
13 | San Francisco, Calif. 94102.

14 | _____

15 | Attorney General Office
16 | 455 Golden Gate Ave Suite 11000
17 | San Francisco CA. 94102-2664.

21 | I effected said service by enclosing said above documents in
22 | self addressed envelope(s) with sufficient postage affixed thereon,
23 | sealed, dated and signed the then sealed envelope(s) and placed said envelope(s) for mailing.

24 | I certify under the Penalty of Perjury that the foregoing and aforementioned is true and correct.
25 | Executed this 14th day of April, 20 08, in the County of North Hills State of California.

_____
Declarant