1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT
9        FOR THE NORTHERN DISTRICT OF CALIFORNIA
10            SAN FRANCISCO DIVISION
11

| | |
|---|---|
| 12  **ARMAND FLOREZ,** | C 07-5763 TEH |
| 13                        Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS** |
| 14             **v.** | |
| 15  **ARNOLD SCHWARZENEGGER, et al.,** | |
| 16                        Defendants. | |

17

18      Defendants filed a Motion to Dismiss Plaintiff's "Complaint Under the Civil Rights Act, 42

19  U.S.C. § 1983" under (1) Rule 8(a) of the Federal Rules of Civil Procedure (FRCP) on the

20  ground that Plaintiff failed to set forth a short and plain statement of the claim showing that he is

21  entitled to relief; (2) Rule 12(b)(6) of the FRCP on the ground that Plaintiff failed to state a claim

22  upon which relief can be granted; (3) Rule 18(a) of the FRCP on the ground that Plaintiff

23  improperly asserted unrelated claims against different Defendants; and (4) Rule 20(a) of the

24  FRCP on the ground that Plaintiff failed to allege that Defendants participated in the same

25  transaction or series of transactions or to allege that there is a question of fact that is common to

26  all Defendants.

27      This Court having considered the Motion to Dismiss, the opposing and reply papers, the

28  Court's files, and for good cause appearing, grants Defendants' Motion to Dismiss.

[Proposed] Order                                    A. Florez v. A. Schwarzenegger, et al.
                                                            C 07-5763 TEH

1      IT IS HEREBY ORDERED THAT Plaintiff's "Complaint Under the Civil Rights Act, 42

2   U.S.C. § 1983" is dismissed with prejudice.

3

4   Dated: _____        _____

5                                                 The Honorable Thelton E. Henderson
                                                  U.S. District Court Judge
6

7

8

9   FLOREZ Proposed Order.wpd
    SF2008401798

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[Proposed] Order                                          A. Florez v. A. Schwarzenegger, et al.
                                                                              C 07-5763 TEH