1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | DAVID S. CHANEY
Chief Assistant Attorney General
3 | FRANCES T. GRUNDER
Senior Assistant Attorney General
4 | JONATHAN L. WOLFF
Supervising Deputy Attorney General
5 | MICHAEL J. QUINN, State Bar No. 209542
Deputy Attorney General
6 |   455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102-7004
7 |   Telephone:  (415) 703-5726
Fax:  (415) 703-5843
8 |   Email:  Michael.Quinn@doj.ca.gov

9 | Attorneys for Defendants Morrison, Grannis, Gilmore,
Mojica, Bender, Del Villar, Neotti, Hatton, Mantel,
10 | Thomas, Moore, Lewis, Jansen, Kessler, Santos,
Medina, Galloway, Kuzmicz, Hughes, Clark, Parin,
11 | Johnson, Evans, Best, Jones, Lopez, Torrez, Esser,
Boucher, Boccella, Variz, Rankin, Williams, Teat and
12 | Hogan

13 | IN THE UNITED STATES DISTRICT COURT

14 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

15 | SAN FRANCISCO DIVISION

16 |

17 | **ARMAND FLOREZ,**                         C 07-5763 THE

18 |                            Plaintiff,      **DEFENDANTS' NOTICE OF
LODGING OF CASES IN**
19 |         v.                                 **SUPPORT OF MOTION TO
DISMISS**
20 | **ARNOLD SCHWARZENEGGER, et al.,**

21 |                            Defendants.

22 |         Defendants lodge the following cases in support of the motion to dismiss:

23 |         1.   *Dobshinsky v. High Desert State Prison Warden,* 2008 U.S. Dist. LEXIS 19071 (E.D.

24 | Cal. 2008), a true and correct copy of which is attached as Exhibit "A."

25 |         2.   *Clinton v. Director of Corrections,* 2008 U.S. Dist. LEXIS 32210 (C.D. Cal. 2008), a

26 | true and correct copy of which is attached as Exhibit "B."

27 | / / /

28 | / / /

Defs.' Not. of Lodging                                    A. Florez v. A. Schwarzenegger, et al.
                                                                          C 07-5763 TEH

1

1    3.   *Thomas v. Perez*, 2008 U.S. Dist. LEXIS 39356 (E.D. Cal. 2008), a true and correct

2    copy of which is attached as Exhibit "C."

3           Dated:  June 27, 2008

4                                                          Respectfully submitted,

5                                                          EDMUND G. BROWN JR.
                                                           Attorney General of the State of California

6                                                          DAVID S. CHANEY
                                                           Chief Assistant Attorney General
7
                                                           FRANCES T. GRUNDER
8                                                          Senior Assistant Attorney General

                                                           JONATHAN L. WOLFF
9                                                          Supervising Deputy Attorney General

10

11                                                         */s/ Michael J. Quinn*
                                                           MICHAEL J. QUINN
12                                                         Deputy Attorney General
                                                           Attorneys for Defendants Morrison, Grannis,
13                                                         Gilmore, Mojica, Bender, Del Villar, Neotti,
                                                           Hatton, Mantel, Thomas, Moore, Lewis, Jansen,
14                                                         Kessler, Santos, Medina, Galloway, Kuzmicz,
                                                           Hughes, Clark, Parin, Johnson, Evans, Best,
15                                                         Jones, Lopez, Torrez, Esser, Boucher, Boccella,
                                                           Variz, Rankin, Williams, Teat and Hogan
16

17

18   FLOREZ Noticeof Lodging.wpd
     SF2008401798
19

20

21

22

23

24

25

26

27

28

Defs.' Not. of Lodging                                              A. Florez v. A. Schwarzenegger, et al.
                                                                                        C 07-5763 TEH