EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
ROCHELLE C. EAST
Senior Assistant Attorney General
JONATHAN L. WOLFF
Supervising Deputy Attorney General
MICHAEL J. QUINN, State Bar No. 209542
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5726
  Fax:  (415) 703-5843
  Email:  Michael.Quinn@doj.ca.gov

Attorneys for Defendants Morrison, Grannis, Gilmore, Mojica, Bender, Del Villar, Neotti, Hatton, Mantel, Thomas, Moore, Lewis, Jansen, Kessler, Santos, Medina, Galloway, Kuzmicz, Hughes, Clark, Parin, Johnson, Evans, Best, Jones, Lopez, Torrez, Esser, Boucher, Boccella, Variz, Rankin, Williams, Teat and Hogan

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARMAND FLOREZ,<br><br>                           Plaintiff,<br><br>    v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>                           Defendants. | C 07-5763 TEH<br><br>**NOTICE REGARDING PLAINTIFF'S FAILURE TO FILE A TIMELY OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** |

1  Defendants Morrison, Grannis, Gilmore, Mojica, Bender, Del Villar, Neotti, Hatton,
2  Mantel, Thomas, Moore, Lewis, Jansen, Kessler, Santos, Medina, Galloway, Kuzmicz, Hughes,
3  Clark, Parin, Johnson, Evans, Best, Jones, Lopez, Torrez, Esser, Boucher, Boccella, Variz,
4  Rankin, Williams, Teat and Hogan (Defendants) submit their Notice Regarding Plaintiff's
5  Failure to File a Timely Opposition to Defendants' Motion to Dismiss.

## I.

## INTRODUCTION AND ARGUMENT

On June 27, 2008, Defendants moved this Court for an order of dismissal in connection with Plaintiff's "Complaint Under the Civil Rights Act, 42 U.S.C. § 1983" under (1) Rule 8(a) of the Federal Rules of Civil Procedure (FRCP) on the ground that Plaintiff failed to set forth a short and plain statement of the claim showing that he is entitled to relief; (2) Rule 12(b)(6) of the FRCP on the ground that Plaintiff failed to state a claim upon which relief can be granted; (3) Rule 18(a) of the FRCP on the ground that Plaintiff improperly asserted unrelated claims against different Defendants; and (4) Rule 20(a) of the FRCP on the ground that Plaintiff failed to allege that Defendants participated in the same transaction or series of transactions or to allege that there is a question of fact that is common to all Defendants.

This Court's Order of Service provided that Plaintiff's opposition to the dispositive motion "shall be filed with the Court and served on Defendants no later than **thirty (30) days** from the date Defendants' motion is filed" (emphasis in original). The Order of Service further advised Plaintiff that the failure to comply with the Court's orders in a timely fashion could result in the dismissal of the action.

Plaintiff's opposition to the motion to dismiss was due on July 28, 2008. Although more than a week has passed since the July 28 filing deadline, Plaintiff has not submitted an opposition to the motion.

25  ///
26  ///
27  ///
28  ///

Notice of Defs.' Re Opp'n                                    A. Florez v. A. Schwarzenegger, et al.
                                                             C 07-5763 TEH

1

Despite being provided with ample time by this Court, Plaintiff has failed to provide any response to Defendants' motion. Accordingly, Defendants respectfully request that Plaintiff's Complaint be dismissed with prejudice.

Dated: August 7, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DAVID S. CHANEY
Chief Assistant Attorney General

ROCHELLE C. EAST
Senior Assistant Attorney General

JONATHAN L. WOLFF
Supervising Deputy Attorney General

MICHAEL J. QUINN
Deputy Attorney General
Attorneys for Defendants Morrison, Grannis, Gilmore, Mojica, Bender, Del Villar, Neotti, Hatton, Mantel, Thomas, Moore, Lewis, Jansen, Kessler, Santos, Medina, Galloway, Kuzmicz, Hughes, Clark, Parin, Johnson, Evans, Best, Jones, Lopez, Torrez, Esser, Boucher, Boccella, Variz, Rankin, Williams, Teat and Hogan

20130296.wpd
SF2008401798

Notice of Defs.' Re Opp'n

A. Florez v. A. Schwarzenegger, et al.
C 07-5763 TEH

2

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **A. Florez v. A. Schwarzenegger, et al.**

No.:   **C 07-5763 TEH**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **August 7, 2008**, I served the attached

### NOTICE REGARDING PLAINTIFF'S FAILURE TO FILE A TIMELY OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Armand Florez, K-63387
P. O. Box 2022
North Hills, CA 91343-2022**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **August 7, 2008**, at San Francisco, California.

| M.M. Argarin | *[signature]* |
|---|---|
| Declarant | Signature |

20130715.wpd